THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.  
 
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Garland W. Harris, Appellant.
 
 
 

Appeal From York County
  John C. Hayes, III, Circuit Court Judge

Opinion No.   2004-UP-469 
 Submitted September 15, 2004  Filed September 16, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate 
 Defense, of Columbia; Garland W. Harris #252650, Manning Correctional, 
 of Columbia, for Appellant.
 Legal Counsel Tommy Evans, Jr.; Legal Counsel J. Benjamin Aplin; and 
 Deputy Director for Legal Services Teresa A. Knox, S.C. Dept. of Probation, 
 Parole, and Pardon Services, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Garland W. Harris appeals the 
 revocation of his probationary sentence.  In 1998, Harris was convicted of seven 
 counts of burglary, four counts of grand larceny, and four counts of petit larceny.  
 He was sentenced to a total of fifteen years imprisonment, suspended upon the 
 service of seven years and five years probation, and ordered to pay restitution.  
 On February 3, 2003, Harriss probation was revoked due to numerous violations.  

Pursuant to Anders v. California, 386 U.S. 738 (1967), counsel for Harris 
 attached to the final brief a petition to be relieved as counsel, stating she 
 had reviewed the record and concluded Harriss appeal is without legal merit 
 sufficient to warrant a new trial.  Harris did not file a pro se 
 response.  
After a thorough review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved.  
APPEAL DISMISSED. [1] 
STILWELL, BEATTY, and SHORT, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.